**IT IS SO ORDERED**

Judge Edward J. Davila

DATED: August 29, 2014

1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Adobe Systems Incorporated, | Case No. C14-00389 EJD (PSG) |
| Plaintiff, | **NOTICE OF DISMISSAL OF DEFENDANT DANIEL SMITH ONLY PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |
| v. | |
| Daniel Smith, an individual and d/b/a DMS Enterprise; Duy Nguyen a/k/a Duy Ahn Nguyen a/k/a Danny Nguyen, an individual and d/b/a DMS Enterprise; and Does 2 – 10, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Adobe Systems Incorporated ("Plaintiff") dismisses Defendant Daniel Smith, an individual and d/b/a DMS Enterprise, only, from the First Amended Complaint brought by Plaintiff, without prejudice.

DATED: August 27, 2014         J. Andrew Coombs, A Professional Corp.

                               By:    /s/ Annie S. Wang
                                      J. Andrew Coombs
                                      Annie S. Wang
                               Attorneys for Plaintiff Adobe Systems Incorporated

## **PROOF OF SERVICE**

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

      On August 27, 2014, I served the:

NOTICE OF DISMISSAL OF DEFENDANT DANIEL SMITH ONLY PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i) WITHOUT PREJUDICE

for the following civil action:

<u>Adobe Systems Incorporated v. D. Smith, et al.</u>

on the following interested parties in this action:

> Duy Nguyen a/k/a Duy Ahn Nguyen a/k/a Danny Nguyen, an individual and d/b/a DMS Enterprise
> ███████████████████████
> Lawrenceville, GA 30049

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on August 27, 2014, at Glendale, California.

_____
Katrina Bartolome